**FILED**
October 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:11-cr-00194-EFB
            Plaintiff,          )
v.                              )
                                )   ORDER FOR RELEASE OF
FRANCES DALE SALDANA,           )   PERSON IN CUSTODY
                                )
            Defendant.          )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FRANCES DALE SALDANA, Case No. 2:11-cr-00194-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__  Release on Personal Recognizance

_____  Bail Posted in the Sum of: $

   _____  Co-Signed Unsecured Appearance Bond

   _____  Secured Appearance Bond

   __X__  (Other) Conditions as stated on the record.

   __X__  (Other) The Defendant is to be released on October 12, 2012 to the custody of the Probation Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/09/2012  at  3:45 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge