# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**FRANCES DALE SALDANA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:11CR00194-001**

Linda Harter, Chief Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 1 and 2 as alleged in the violation petition filed on 10/01/2012.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 1/24/2012 and 8/23/2012 |
| 2 | Failure to Participate in a Program of Testing | 1/19/2012 through 9/24/2012 |

The court: [ ] revokes: [✔] modifies: [ ] continues: conditions of supervision heretofore ordered on 10/24/2011, with the addition of special condition # 7 - The Defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse for a period of up to 90 days.

The defendant is sentenced as provided in pages 1 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/09/2012
Date of Imposition of Sentence

*/s/ Edmund F. Brennan*
Signature of Judicial Officer

**EDMUND F. BRENNAN**, United States Magistrate Judge
Name & Title of Judicial Officer

October 23, 2012
Date