**FILED**
August 25, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FRANCES DALE SALDANA, ) <br> ) <br> Defendant. ) | Case No. 2:11-cr-00194-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, FRANCES DALE SALDANA, Case No. 2:11-cr-00194-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____    Bail Posted in the Sum of: $

   ____    Unsecured Appearance Bond

   ____    Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

____    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 8/25/2014 at 10:05 AM.

By _____
Edmund F. Brennan
United States Magistrate Judge